IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| OHIO EXECUTION | ) | MISC. NO. 2:22-mc-3992-ECM |
| | ) | |
| PROTOCOL LITIGATION | ) | |

**O R D E R**

For good cause, it is

ORDERED that, pursuant to 28 U.S.C. § 636, this case is REFERRED to the United States Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

Done this 15th day November, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE